UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

TOREY D. ROBINSON,

    Defendant.

Case No. **23-CR-081**

[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

**Green Bay Division**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about April 10, 2023, in the State and Eastern District of Wisconsin,

**TOREY D. ROBINSON,**

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm and ammunition are more fully described as:

    a. a Diamondback Firearms DB-15 rifle bearing serial number DB1838407;

    b. .223 Remington 55 grain Full Metal Jacket rounds;

    c. Winchester .45 caliber automatic rounds;

    d. G.F.L. .380 automatic rounds; and

    e. PMC 9mm Luger rounds.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

Case 1:23-cr-00081-WCG     Filed 05/02/23     Page 1 of 2     Document 8

# NOTICE OF FORFEITURE

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense of conviction, including, but not limited to: a Diamondback Firearms DB-15 rifle bearing serial number DB1838407; .223 Remington 55 grain Full Metal Jacket rounds; Winchester .45 caliber automatic rounds; G.F.L. .380 automatic rounds; and PMC 9mm Luger rounds.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

███████████████

FOREPERSON

Dated: 5/2/23

/s/ Gregory J. Haanstad
GREGORY J. HAANSTAD
United States Attorney